# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-3946

———————————————

IRA DEMETRIUS MCPHERSON,

Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

October 30, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Ira Demetrius McPherson, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Eric Salvatore Giunta, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.